IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REINALDO MEJIA REYES, | : |
|     Petitioner | : |
|     v. | : Case No. 3:26-cv-00077-KAP |
| WARDEN, CAMBRIA COUNTY PRISON *et al.*, | : |
|     Respondents | : |

### Rule and Order

    Petitioner, a detainee at the Cambria County Prison, submitted a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241. He is not proceeding *in forma pauperis*. The Marshal shall make service of the petition and this Rule and Order on the respondents and the United States Attorney for the Western District of Pennsylvania, costs to be advanced by the petitioner.

    Within sixty days of service, respondents, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

    The parties shall complete and file an election form (form available at www.pawd.uscourts.gov under "Local Forms") either consenting to jurisdiction by a Magistrate Judge with appeal to the Court of Appeals or electing to have a District Judge assigned to the case (with reference to a Magistrate Judge and appeal to a District Judge and then to the Court of Appeals).

DATE: January 26, 2026

                                                     Keith A. Pesto,
                                                     United States Magistrate Judge

Notice by ECF to counsel of record